UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------

JANE JONES 1, et. al.,                                              16 CV 1473 (RA)(AJP)
                Plaintiffs,

                                                                            **NOTICE OF WITHDRAWAL**
       - against-                                            **AS COUNSEL**

DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION ("DOCCS") ACTING
COMMISSIONER ANTHONY ANNUCCI, et. al.

                Defendants.
------------------------------------------------------------------------------

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Kathryn C. Saba, an attorney at Debevoise & Plimpton LLP ("Debevoise"), co-counsel for plaintiffs in the above-entitled action, hereby withdraw as an attorney of record, because as of July 17, 2020 I will no longer be employed as an attorney at Debevoise.  Another attorney at Debevoise and co-counsel from the Legal Aid Society will continue to serve as counsel of record to said plaintiffs in the above-referenced matter.

1

2

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Date:   New York, New York

       July 15, 2020                           Respectfully Submitted

                                              DEBEVOISE & PLIMPTON LLP

                                              By:  /s/ *Kathryn C. Saba*
                                              Kathryn C. Saba
                                              919 Third Avenue
                                              New York, NY 10022
                                              Tel: 212-909-6000
                                              ksaba@debevoise.com

SO ORDERED: _____

Dated:   July 16, 2020