

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

October 9, 2020

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
10/14/2020

Re:  Jane Stone #s 1-5 v. Annucci, *et al.*,
20-CV-1326 (RA) [rel. 16-CV-01473 (RA)]

Dear Judge Abrams:

    I write respectfully to request a one week adjournment, until October 16, 2020, of defendants' time to respond to the Court's October 2, 2020 Direction that I address the two questions posed by the Court at that morning's conference: (i) whether the Commissioner Defendants will answer or otherwise respond to the Second Amended Complaint, filed on October 6, 2020, see Docket No. 56, while the Office of the Attorney General ("OAG") continues to conduct a representational analysis of the remaining ten defendants who have been served and requested OAG representation pursuant to Public Officers Law § 17; and (ii) to provide the Court with additional information regarding the attorney assignment of this matter and the matters the Court has identified as potentially related: Pusepa v. Annuci, 17 CV 7954(RA)(OTW) and Jones v. Annucci, 16 CV 1473(RA)(AJP). The reason for the requested adjournment is that the OAG is still considering its position with respect to the first issue.

    I contacted opposing counsel to seek their consent to this application but was unable to reach them.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov

cc: Daniel A. McGuinness, Esq.
    Zachary Margulies-Ohnuma, Esq.
    Victoria Medley, Esq.
     Counsel for Plaintiffs