

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　DIVISION OF STATE COUNSEL
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

January 12, 2022

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　Re:　Jane Stone #s 1-5 v. Annucci, *et al.*,
　　　　　　　　20-CV-1326 (RA) [rel. 16-CV-01473 (RA)]

Dear Judge Abrams:

　　I write respectfully to request a thirty-day adjournment of defendant Pedro Norde's time to respond to the Second Amended Complaint ("SAC") from January 14, 2022, to February 14, 2022, in order to allow Officer Norde time to retain counsel in this matter. Since the Court issued its last Order, on December 17, 2022, directing defendant Norde to respond to the SAC by January 14, 2022, the Office of the Attorney General ("OAG") has concluded its Public Officers Law § 17 representation analysis and has determined that while it cannot represent Officer Norde in this matter, he is entitled to a state funded defense. I have spoken with Officer Norde and have alerted him to the OAG's determination, that he needs to retain counsel, and that, in order to protect his interests herein and to avoid a default, I would file this application on his behalf.

　　This is defendant Norde's third application to adjourn his time to respond to the SAC. I have contacted counsel for Plaintiff to alert them to the situation and to request their consent to this application. They have advised me that they consent to this application.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
01/13/2022

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov