

199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Chief Attorney*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

January 25, 2023

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY

**Re:** *Jones v. Annucci*, 16 CV 1473(RA)

Dear Judge Abrams:

We write on behalf of all parties in this action to request that the Court order the above-referenced case dismissed with prejudice pursuant to paragraph 8 of the Settlement Stipulation; Stay; and Conditional Order of Dismissal entered April 14, 2020 (Dkt. 81) and per the enclosed Proposed Order.

Respectfully submitted,

/s/ Sophia Gebreselassie

Sophia Gebreselassie
Dori Lewis
Veronica Vela
THE LEGAL AID SOCIETY

Maeve O'Connor
DEBEVOISE AND PLIMPTON LLP

*Attorneys for Plaintiffs*


LETITIA JAMES
Attorney General
State of New York

By: /s/ *Daniel Schulze*
Daniel Schulze, Section Chief
Colleen Faherty, Assistant Attorney General

*Attorney for Defendants*

**Justice in Every Borough.**